**Order entered May 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00512-CV

## IN RE DWAMETRIA NELSON, Relator

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05377-C**

## ORDER

Before Justices Moseley, Fillmore, and Evans

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **VACATE** the Court's April 29, 2014 order staying the April 16, 2014 "Order Granting Motion to Compel Answers to Discovery" and requesting a response. We **ORDER** that relator bear the costs of this original proceeding.

/s/      DAVID EVANS
          JUSTICE